*Error to Second District Court.*

*L. Brown,* for plaintiff in error.

FAGG, Judge, delivered the opinion of the court.

The transcript of the record in this case does not show that any final judgment was rendered in the court below. The writ of error must therefore be dismissed. The other judges concur.

---

THOMAS MORRISON *et al.,* Respondents, *v.* STEAMBOAT BURNS, Appellant.

*Boats and Vessels—Jurisdiction—Courts.*—Boylan et al. v. St. Bt. Victory, 40 Mo. 244, affirmed.

*Appeal from St. Louis Circuit Court.*

*Rankin & Hayden,* for appellant.

*Geo. P. Strong,* for respondents.

HOLMES, Judge, delivered the opinion of the court.

This case comes fully within the decision of this court in the case of Boylan v. St. Bt. Victory, 40 Mo. 244, and for the reasons there given the judgment will be affirmed. The other judges concur.

---

AIDEN *et al.,* Respondents, *v.* STEAMBOAT BURNS, Appellant.

*Appeal from St. Louis Circuit Court.*

*Rankin & Hayden,* for appellant.

Same.